**Deny Writ and Opinion Filed July 11, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00821-CV**
**No. 05-13-00823-CV**
**No. 05-13-00824-CV**
**No. 05-13-00825-CV**
**No. 05-13-00826-CV**
**No. 05-13-00827-CV**

**IN RE MICHAEL DAVIS, Relator**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F99-99980, F99-99981,**
**F99-99982, F99-99983, F99-99984 and F99-99985**

**MEMORANDUM OPINION**
Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relator contends the trial court violated a ministerial duty by not ruling on his motion for access to the trial record. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130821F.P05